JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDEE SPELLMAN,<br><br>          Plaintiff,<br><br>    v.<br><br>ASTORA WOMEN'S HEALTH, LLC, et al.,<br><br>          Defendants. | Case No.  CV 20-7515-GW-SKx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety. Each party will bear its own attorneys' fees and expenses. Court shall retain jurisdiction to enforce the terms of the settlement

    IT IS SO ORDERED.

Dated: August 30, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE